**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**UNITED STATES OF AMERICA**

**v.**                                                                                          **4:07CR131**

**ALEXIS JAMAAL HOUSTON**

        **Defendant.**

## REPORT AND RECOMMENDATION
## CONCERNING GUILTY PLEA

Defendant, by consent, has appeared before the undersigned pursuant to Rule 11, Federal Rules of Criminal Procedure, and referral from a United States District Judge and has entered guilty pleas to conspiracy to possess with intent to distribute and to distribute marijuana and possession of marijuana with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D); 846.  On December 4, 2007, defendant appeared before the Court for the purpose of entering his guilty pleas.  Defendant was represented by appointed counsel, Walter Dalton, Esquire.

Defendant was appropriate in appearance, responsive, and competently prepared for the hearing.  He answered all questions put to him in clear and concise language.  On those occasions when he had a question, defendant consulted with counsel and then promptly answered.  Defendant was courteous and appropriate in his behavior at all times and clearly understood the seriousness of his position.  At the close of the proceeding, defendant was permitted to remain on bond, pending preparation of a presentence report.  Defendant appeared to understand the serious of his situation and his obligation to abide by the terms of the bond in place.

Defendant is twenty-five years of age, graduated from high school, and speaks English as his native language.  There was no evidence that defendant was on drugs, alcohol, or medication which might impair his judgment.  He was cooperative throughout the proceeding.

Defendant entered his guilty pleas without a plea agreement.  The Court is completely satisfied, based upon defendant's responses, that he fully appreciates his position.  Furthermore, he acknowledged that the statement of facts prepared in anticipation of his pleas accurately reflects the government's evidence, in the event of trial.

After cautioning and examining defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the offenses charged are supported by independent facts, establishing each of the essential elements of such offense.  Therefore, the Court recommends that the guilty pleas be accepted and that defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this report and recommendation within ten days from the date of its service shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).

                                                             /s/
                                      **James E. Bradberry**
                                      **United States Magistrate Judge**

**Norfolk, Virginia**

**December 5, 2007**